United States District Court
Southern District of Texas
**ENTERED**
January 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § | CRIMINAL NO: 4:22-CR-00560-11-S |
| v. | | |
| JUAN HECTOR RAMIREZ AVILA | | |

**ORDER FOR ISSUANCE OF NOTICE**

A  SUPERSEDING INFORMATION  has been filed against the defendant who is

☑ Released on Conditions  ☐ Detained  ☐ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant  January 22, 2025

at  10:00 AM  .

SIGNED at Houston, Texas, on  January 15, 2025  .

*Dena Palermo*

UNITED STATES MAGISTRATE JUDGE